UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BOHDAN BORSHCH, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| VS. | § | CIVIL CASE NO. SA-26-CV-1885-FB |
| | § | |
| TODD M. LYONS, Acting Director, U.S. | § | |
| Immigration and Customs Enforcement (ICE); | § | |
| MARCOS CHARLES, in his official capacity as | § | |
| Acting Executive Associate Director, Enforcement | § | |
| and Removal Operations, U.S. Immigration and | § | |
| Customs Enforcement; KRISTI NOEM (or her | § | |
| successor), in Her Official Capacity as Secretary of | § | |
| the U.S. Department of Homeland Security; and | § | |
| PAM BONDI, in Her Official Capacity as Attorney | § | |
| General of the United States, the WARDEN of | § | |
| KARNES COUNTY IMMIGRATION | § | |
| PROCESSING CENTER, in Their Official | § | |
| Capacity as Custodian of Petitioner, THE | § | |
| WARDEN OF THE FACILITY WHERE | § | |
| PETITIONER IS CURRENTLY DETAINED, in | § | |
| His or Her Official Capacity as Custodian of | § | |
| Petitioner, | § | |
| | § | |
| *Respondents*. | § | |

## *ORDER OF DISMISSAL AND JUDGMENT*

Before the Court is the status of the above styled and numbered cause. On May 12, 2026, counsel for the Petitioner in this case filed an advisory informing the Court that a communication was received from the "Petitioner confirming that he has been released from ICE custody." (ECF No. 9). Therefore, the Court will dismiss the Petition as moot.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED WITHOUT PREJUDICE AS MOOT based on Petitioner's release. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 31st day of May, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE